Kelly H. Dove, Esq. (Nevada Bar No. 10569)
Karl O. Riley, Esq. (Nevada Bar No. 12077)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
       kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as America's Servicing Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANCY K. DEMAY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY;<br>EQUIFAX INFORMATION SERVICES,<br>LLC; and EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>　　　　　　Defendants. | Case No.:　2:17-cv-01163-JCM-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSE TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Nancy K. Demay ("Plaintiff"), and Defendant Wells Fargo Bank, N.A., erroneously named as America's Servicing Company ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their attorneys, hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint.

WHEREAS, Plaintiff filed the Complaint on April 26, 2017;

WHEREAS, this is the first request to continue response to complaint;

WHEREAS, it is unknown as to when Plaintiff served Wells Fargo; thus, this request is timely;

WHEREAS, Wells Fargo needs additional time to procure information to respond to the Complaint;

WHEREAS, Wells Fargo requested, and Plaintiff agreed, to extend Wells Fargo's time to respond to Plaintiff's Complaint;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo shall respond to Plaintiff's Complaint on or before May 30, 2017.

**IT IS SO STIPULATED.**

DATED: May 4, 2017.

DATED: May 4, 2017.

By: /s/ Sean N. Payne
  Sean N. Payne, Esq.
  Nevada Bar No. 13216
  PAYNE LAW FIRM, LLC
  9550 S. Eastern Ave., Suite 253-A213
  Las Vegas, NV 89123
  Tel: 702-952-2733

  Matthew I. Knepper, Esq.
  Miles N. Clark, Esq.
  KNEPPER & CLARK, LLC
  10040 W. Cheyenne Ave., Ste. 170-109
  Las Vegas, NV 891129
  Tel.: 702-825-6060

  David Krieger
  HAINES & KRIEGER,LLC
  8985 S. Eastern Avenue
  Henderson, NV 89123
  Tel: (702) 880-5554

  *Attorneys for Plaintiff*

By: /s/ Karl O. Riley
  Kelly H. Dove, Esq.
  Karl O. Riley, Esq.
  SNELL & WILMER L.L.P.
  3883 Howard Hughes Parkway, Suite 1100
  Las Vegas, Nevada 89169
  Tel: (702) 784-5200

  *Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as America's Servicing Company*

## **ORDER**

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Complaint on or before May 30, 2017.

**IT IS SO ORDERED.**

DATED: May 5, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

4841-8475-1431