1  Bradley T. Austin
   Nevada Bar No. 13064
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway
3  Suite 1100
   Las Vegas, Nevada 89169
4  Telephone: 702.784.5200
   Facsimile: 702.784.5252
5  Email: baustin@swlaw.com

6  *Attorneys for Defendant Equifax Information
   Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANCY K. DEMAY,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICA'S SERVICING COMPANY; EQUIFAX INFORMATION SERVICES, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | **Case No. 2:17-cv-01163-JCM-VCF**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move, or otherwise respond to the Complaint in this matter, to which Plaintiff Nancy K. Demay has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including **May 25, 2017**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

///

///

///

Respectfully submitted this 19th day of May, 2017.

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

/s/ *Sean N. Payne, Esq.*
Sean N. Payne, Esq.
Nevada Bar No. 13216
Payne Law Firm LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
Fax: (702) 462-7227

/s/ *David H. Krieger, Esq.*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: May 19, 2017

4823-7523-8473