Kelly H. Dove, Esq. (Nevada Bar No. 10569)
Karl O. Riley, Esq. (Nevada Bar No. 12077)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
       kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as America's Servicing Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANCY K. DEMAY, | Case No.: 2:17-cv-01163-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE RESPONSE TO COMPLAINT** |
| v. | |
| AMERICA'S SERVICING COMPANY; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC., | **[SECOND REQUEST]** |
| Defendants. | |

Plaintiff Nancy K. Demay ("Plaintiff"), and Defendant Wells Fargo Bank, N.A., erroneously named as America's Servicing Company ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their attorneys, hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint. This is the Parties second extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

WHEREAS, Plaintiff filed the Complaint on April 26, 2017;

WHEREAS, the Parties previously stipulated to extend Wells Fargo's response deadline, and Wells Fargo's response is currently due May 30, 2017.

WHEREAS, Wells Fargo requires additional time to locate, organize, and review the relevant documents and prepare the appropriate response;

WHEREAS, the Parties agreed to the extension requested herein;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties that Wells Fargo shall respond to Plaintiff's Complaint on or before June 13, 2017.

**IT IS SO STIPULATED.**

DATED: May 24, 2017.                    DATED: May 24, 2017.

By: /s/ Sean N. Payne                   By: /s/ Karl O. Riley
   Matthew I. Knepper, Esq.               Kelly H. Dove, Esq.
   Miles N. Clark, Esq.                   Karl O. Riley, Esq.
   KNEPPER & CLARK, LLC                   SNELL & WILMER L.L.P.
   10040 W. Cheyenne Ave., Ste. 170-109    3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 891129                   Las Vegas, Nevada 89169
   Tel.: 702-825-6060                     Tel: (702) 784-5200

Sean N. Payne, Esq.                     *Attorneys for Defendant Wells Fargo*
Nevada Bar No. 13216                    *Bank, N.A., erroneously named as*
PAYNE LAW FIRM, LLC                     *America's Servicing Company*
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Tel: 702-952-2733

David Krieger
HAINES & KRIEGER,LLC
8985 S. Eastern Avenue
Henderson, NV 89123
Tel: (702) 880-5554

*Attorneys for Plaintiff*

## **ORDER**

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Complaint on or before June 13, 2017.

**IT IS SO ORDERED.**

DATED: May 25, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

4849-4461-3449

- 2 -